# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  MUZAFFER ANSARI                                   Case Number: 07-70790
2020 JULIA WAY                     SSN-xxx-xx-2983
MCHENRY, IL  60051

                                                    Case filed on:           4/4/2007
                                                    Plan Confirmed on:
                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,522.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | DEVONA & HOUGH, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | MUZAFFER ANSARI | 1,253.89 | 1,253.89 | 1,253.89 | 0.00 |
|  | Total Debtor Refund | 1,253.89 | 1,253.89 | 1,253.89 | 0.00 |
|  |  |  |  |  |  |
| 001 | FLATIRON FINANCIAL SERVICES INC | 7,709.87 | 0.00 | 0.00 | 0.00 |
| 002 | HEIGHTS FINANCE CORP | 1,305.64 | 1,305.64 | 0.00 | 250.88 |
| 003 | LITTON LOAN SERVICING LP | 425,678.54 | 0.00 | 0.00 | 0.00 |
| 004 | LITTON LOAN SERVICING LP | 54,219.40 | 35,340.00 | 0.00 | 0.00 |
|  | Total Secured | 488,913.45 | 36,645.64 | 0.00 | 250.88 |
|  |  |  |  |  |  |
| 001 | FLATIRON FINANCIAL SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALLIED INTERSTATE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | FREEDOMCARD GOLD MASTERCARD | 518.33 | 518.33 | 0.00 | 0.00 |
| 007 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | GENESISFIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MERRICK BANK | 232.84 | 232.84 | 0.00 | 0.00 |
| 011 | NCO FIN / 99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PLAYERS VAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PROFESSNL ACCT MGMT IN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RET NTL BK / TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASFIA ANSARI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ASPIRE VISA | 288.96 | 288.96 | 0.00 | 0.00 |
|  | Total Unsecured | 1,040.13 | 1,040.13 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 491,207.47 | 38,939.66 | 1,253.89 | 250.88 |

Total Paid Claimant:     $1,504.77
Trustee Allowance:       $17.23          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00           discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                              Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan